## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                  CRIM. CASE NO. 22-20021
v.                                HON. NANCY G. EDMUNDS

D-1 JOHNNY HO,

       Defendant.

_____/

## VERDICT FORM

We, the jury, unanimously find as to defendant JOHNNY HO:

## COUNT ONE

As to **Count One** of the indictment, which charges the defendant with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, we the jury find the defendant:

    ☐ Not Guilty          **OR**          ☒ Guilty

## COUNT TWO

As to **Count Two** of the indictment, which charges the defendant with wire fraud, in violation of 18 U.S.C. § 1343, we the jury find the defendant:

☐ Not Guilty          **OR**          ☒ Guilty

## COUNT THREE

As to **Count Three** of the indictment, which charges the defendant wire fraud, in violation of 18 U.S.C. § 1343, we the jury find the defendant:

☐ Not Guilty          **OR**          ☒ Guilty

## COUNT FOUR

As to **Count Four** of the indictment, which charges the defendant with money laundering, in violation of 18 U.S.C. § 1957, we the jury find the defendant:

☐ Not Guilty          **OR**          ☒ Guilty

## COUNT FIVE

As to **Count Five** of the indictment, which charges the defendant with money laundering, in violation of 18 U.S.C. § 1957, we the jury find the defendant:

☐ Not Guilty                **OR**                ☒ Guilty